COMMONWEALTH of Pennsylvania, Respondent

v.

Joshua STOKES, Petitioner

No. 40 EAL 2017

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Antoine D. CHAMBARLAIN, Petitioner

No. 31 EAL 2017

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

IN RE: the ESTATE OF Ronald Mark ORENAK

Petition of: Ann L. Orenak, as Executrix of the Estate of Ronald Mark Orenak

No. 24 WAL 2017

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**